3

United States District Court
Southern District of Texas
ENTERED

SEP 1 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk



United States District Court
Southern District of Texas
FILED

SEP 1 0 1998

Michael N. Milby
Clerk of Court

LA FERIA CHRISTIAN CENTER, INC., § 
ET AL § 
 § 
V § CIVIL ACTION NO. B 96-29
 § 
NEW VISION INVESTMENT CAPITAL § 
CORPORATION, ET AL

## ORDER

1. The record indicates that the plaintiff has failed to pursue this action.

2. This case is dismissed for want of prosecution.

Signed this __10__ of September, 1998.

Hilda G. Tagle
United States District Judge